JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| - v. - | : | 07 Cr. |
| NATHANIEL WILLIAMS,<br>    a/k/a "Nate,"<br>    a/k/a "Matthew," | : | **07 CRIM 1102** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1. From on or about April 24, 2007, up to and including on or about September 26, 2007, in the Southern District of New York and elsewhere, NATHANIEL WILLIAMS, a/k/a "Nate," a/k/a "Matthew," the defendant, unlawfully, willfully, and knowingly, not being a licensed importer, licensed manufacturer, or licensed dealer, did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, WILLIAMS, not being a licensed importer, licensed manufacturer, or licensed dealer, sold four firearms in Bronx, New York that had been shipped, transported, and received in interstate commerce.

(Title 18, United States Code, Sections 922(a)(1)(A).)

### FORFEITURE ALLEGATION

2. As a result of committing one or more of the foregoing offenses alleged in Counts One and Two of this Indictment, NATHANIEL WILLIAMS, a/k/a "Nate," a/k/a "Matthew," the

defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said offenses, for which the defendants are liable.

<u>Substitute Asset Provision</u>

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982,
Title 18, United States Code, Section 922.)

_____           _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NATHANIEL WILLIAMS,
a/k/a "Nate,"
a/k/a "Matthew,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(a)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

12/5/07

Indictment filed, arrest warrant issued.

F. Maas, USMJ