ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :

NATHANIEL WILLIAMS,                   :    07 Cr. 1102
    a/k/a "Nate,"
    a/k/a "Matthew,"                  :

            Defendant.                :

- - - - - - - - - - - - - - - - - - - x

      Upon the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Nicholas Lewin, Assistant United States Attorney, it is hereby:

      ORDERED, that Indictment No. 07 Cr. 1102, which was sealed on or about December 5, 2007, is hereby unsealed.

Dated:    New York, New York
          February 11, 2008

_____
HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 11 2008