```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :   INDICTMENT

        - v. -                  :   S1 07 Cr. 1102 (JSR)

NATHANIEL WILLIAMS,             :
    a/k/a "Nate,"
    a/k/a "Matthew,"            :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 27 2008

COUNT ONE

The Grand Jury charges:

1. From on or about April 24, 2007, up to and including on or about September 26, 2007, in the Southern District of New York and elsewhere, NATHANIEL WILLIAMS, a/k/a "Nate," a/k/a "Matthew," the defendant, unlawfully, willfully, and knowingly, not being a licensed importer, licensed manufacturer, or licensed dealer, did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, WILLIAMS, not being a licensed importer, licensed manufacturer, or licensed dealer, sold four firearms in Bronx, New York that had been shipped, transported, and received in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A).)

## COUNT TWO

The Grand Jury further charges:

2. From on or about October 15, 2007, up to and including on or about October 16, 2007, in the Southern District of New York and elsewhere, NATHANIEL WILLIAMS, a/k/a "Nate," a/k/a "Matthew," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute, a controlled substance, to wit, approximately 26 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code,
Sections 812, 841(a)(1), and 841(b)(1)(A).)

## FORFEITURE ALLEGATION

3. As a result of committing one or more of the foregoing offenses alleged in Counts One and Two of this Indictment, NATHANIEL WILLIAMS, a/k/a "Nate," a/k/a "Matthew," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said offenses, for which the defendants are liable.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with,

a third person;

      (3) has been placed beyond the jurisdiction of the Court;

      (4) has been substantially diminished in value; or

      (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

      (Title 18, United States Code, Sections 982 and 922 and Title 21, United States Code, Section 841.)

_____  
FOREPERSON

_Michael J. Garcia_  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NATHANIEL WILLIAMS,
a/k/a "Nate,"
a/k/a "Matthew,"

Defendant.

### INDICTMENT

S1 07 Cr. 1102 (JSR)

(18 U.S.C. § 922(a)(1)(A),
21 U.S.C. §§ 812, 841.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

2/27/08 Filed Indictment.
s/ Mag. Judge Katz