UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | :  <u>WAIVER OF INDICTMENT</u> |
| v. | :  S3 07 Cr. 1102 (JSR) |
| NATHANIEL WILLIAMS,<br>   a/k/a "Nate,"<br>   a/k/a "Matthew," | : |
|           Defendant. | : |

- - - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(a)(1)(A) and Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B) and (2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Nathaniel Williams_
Defendant

_[signature]_
Witness

_Fiona Doherty_
Counsel for Defendant

Date:    New York, New York
         April 18, 2008