```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
          -v-                       :   S3 07 Cr. 1102 (JSR)
                                    :
NATHANIEL WILLIAMS                  :   ORDER
                                    :
          Defendant                 :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On April 18, 2008, the above named defendant entered a plea of guilty to a two count Information charging him with illegally dealing firearms and narcotics possession and distribution. The Court has scheduled the defendant's sentencing for August 6, 2008 at 4:00 p.m. The defendant wishes to beginning serving his sentence at this time and has been directed by the Court to surrender at the office of the United States Marshal for the Southern District of New York by 2:00 p.m. on April 22, 2008.

**The defendant is hereby remanded to the custody of the United States Marshal.**

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         April 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08